UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| TRON OMAR HALL, | ) |
| Movant, | ) |
| v. | ) No. 4:06-CV-113 CAS |
| UNITED STATES OF AMERICA, | ) |
| Respondent. | ) |

## ORDER OF DISMISSAL

In accordance with the memorandum and order of this date and incorporated herein,

**IT IS HEREBY ORDERED** that movant Tron Omar Hall's motion to vacate, set aside or correct sentence pursuant to 28 U.S.C. § 2255 is **DISMISSED** with prejudice.

**IT IS FURTHER ORDERED** that if movant appeals from the dismissal of his § 2255 motion, then a certificate of appealability shall not issue.

_____
**CHARLES A. SHAW
UNITED STATES DISTRICT JUDGE**

Dated this  15th  day of March, 2006.